**Order entered March 4, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01313-CR

**DARVIS LAKEITH ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB19-44881-B**

### ORDER

On January 6, 2020, official court reporter Leticia Martinez Hernandez filed the four-volume reporter's record in this appeal. Missing from the record is State's Exhibit 2, a DVD. We **ORDER** court reporter Leticia Martinez Hernandez to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 2, within **TEN DAYS** of the date of this order.

After reviewing the November 15, 2019 clerk's record, the Court notes that it does not contain the trial court's certification of appellant's right to appeal. *See*

TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). We **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order to the Honorable Julia Hayes, Presiding Judge, County Criminal Court No. 2; Leticia Martinez Hernandez, official court reporter for the County Criminal Court No. 2; John Warren, Dallas County Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
       JUSTICE